1 | BILL LOCKYER
Attorney General of the State of California
2 | MARY JO GRAVES
Chief Assistant Attorney General
3 | STAN CROSS
Acting Senior Assistant Attorney General
4 | CHARLES A. FRENCH
Supervising Deputy Attorney General
5 | JEFFREY D. FIRESTONE, State Bar No. 155090
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 324-5168
8 | Fax: (916) 324-2960
 Email: Jeffrey.Firestone@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM M. DOUGHTIE,** | CIV S-06-1695-FCD-CMK-P |
| Petitioner, | **ORDER FOR ENLARGEMENT OF TIME** |
| v. | |
| **L.E. SCRIBNER, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to Petitioner's Petition for Writ of Habeas Corpus be filed on or before October 10, 2006.

September 5, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1