IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM M. DOUGHTIE,** | CIV S-06-1695-FCD-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **L.E. SCRIBNER, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING therefore, Respondent is granted a 30-day extension of time up to and including November 9, 2006, within which to file a response to petition for writ of habeas corpus.

DATED: October 4, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1