IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM M. DOUGHTIE,** | CIV S-06-1695-FCD-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **L.E. SCRIBNER, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING therefore, Respondent is granted an extension of time up to and including December 11, 2006, within which to file a response to petition for writ of habeas corpus.

November 8, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1